| PROB 22 [EDTN51] (1/98) | | DOCKET NUMBER *(Tran. Court)* 0649/3:03-CR-147-003 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 05-20199 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| IVY, Lance Terrell<br>5021 Rossi<br>Memphis, TN 38118 | EASTERN DISTRICT OF TENNESSEE | Knoxville |
| | NAME OF SENTENCING JUDGE | |
| | Thomas A. Varlan | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 08/16/2004 — TO 08/15/2007 |

OFFENSE

Conspiracy to Distribute and Possess w/Intent to Distribute Marijuana

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "EASTERN DISTRICT OF TENNESSEE"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Tennessee-Memphis upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____             _____
Date                                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "WESTERN DISTRICT OF TENNESSEE AT MEMPHIS"

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/19/05                                _____
Effective Date                       United States District Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 2:05-CR-20199 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT